UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JERRY NANCE                                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO.4:10CV32-SA-JAD

CHRISTOPHER EPPS, et al.                                                              DEFENDANTS

**FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated August 12, 2010, was on that date duly served by first class mail upon the Plaintiff, and the attorneys of record for the Defendants; that more than fourteen days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 12, 2010, be, and it is hereby, approved and adopted as the opinion of the Court; and

2. Because no acts or omissions of the defendants impaired Nance's access to the courts or prejudiced his rights, there can be no showing of a violation of his constitutional rights. Thus, Plaintiff's Complaint is hereby dismissed with prejudice.

THIS, the 16th day of September, 2010.

                                                        /s/ Sharion Aycock
                                                        **U.S. DISTRICT JUDGE**